IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SHARON WHITAKER,

    Plaintiff,

v.                                                                       Case No. 2:24-cv-2652-MSN-tmp
                                                                             JURY DEMAND

UNIVERSITY OF MEMPHIS,
AMMA HARRIS,
BRIAN ROCK, and
LOTOYA ANDREWS,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's *Pro Se* Complaint (ECF No. 1), filed September 16, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 19), filed December 9, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

December 11, 2024
Date